NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1212

ROGER MARX DESENBERG,

Plaintiff-Appellant,

v.

GOOGLE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in case no. 08-CV-10121, Judge George B. Daniels.

ON MOTION

## O R D E R

Google, Inc. moves for clarification of its brief due date.

The court notes that Google timely filed its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roger Marx Desenberg
    Charles K. Verhoeven, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK